■ MICHAEL D. GEFFERS, Respondent, v CANISTEO CENTRAL SCHOOL DISTRICT No. 463201 et al., Appellants. — Order unanimously affirmed, with costs. Memorandum: Special Term was correct in denying discovery of a memorandum prepared by an attorney as part of his work product. The fact that the memorandum was reviewed by his client in preparation for an examination before trial does not constitute a waiver of the privilege under CPLR 3101 (subd [c]) (see *Hickman v Taylor,* 329 US 495, 511; *Kenford Co. v County of Erie,* 55 AD2d 466, 470). (Appeal

from order of Supreme Court, Steuben County, Galloway, J. — discovery.) Present — Hancock, Jr., J. P., Denman, Green, O'-Donnell and Schnepp, JJ.